IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**THOMAS E. BATES and**
**FALAN ALLISON   PLAINTIFFS**

V.                    CASE NO. 2:05-CV-2164

**QFR FREIGHT SYSTEMS, LLC. and**
**LARRY G. BRADEN    DEFENDANTS**

### ORDER OF DISMISSAL WITH PREJUDICE

Now on this _18th_ day of _August_, 2006, pursuant to the compromise settlement agreement by and between the parties, the Complaint and First Amended and Substituted Complaint of the Plaintiffs, Thomas E. Bates and Falan Allison, against the Defendants, QFR Freight Systems, LLC and Larry G. Braden, be and the same are hereby dismissed with prejudice to any future action.

United States District Judge
Robert T. Dawson